COLUMBIA–KNICKERBOCKER TRUST CO., Respondent, v. NEW YORK, A. & L. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by the Columbia-Knickerbocker Trust Company, as trustee, against

the New York, Auburn & Lansing Railroad Company and others. No opinion. Orders affirmed, with $10 costs and disbursements.